IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERNEST B. DIGGS, JR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION 13-0052-CG-M |
| | ) |
| DEWAYNE ESTES, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition is **DENIED** as this Court does not have jurisdiction over it, and that this action is **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner is **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 23rd day of September, 2013.

                                                    /s/ Callie V. S. Granade
                                                  UNITED STATES DISTRICT JUDGE