IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERNEST B. DIGGS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION 13-0052-CG-M |
| | ) |
| DEWAYNE ESTES, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** hereby is entered in favor of Respondent, Dewayne Estes, and against Petitioner, Ernest B. Diggs, Jr., on all claims.

**DONE and ORDERED** this 23rd day of September, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE